# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **Yvonne L. Roberts**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **ConnectionsAZ LLC**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Troy P. Foster**
The Foster Group, PLLC
518 E. Willetta Street
Phoenix, Arizona  85004
602-461-7990

**Megan N. Weides**
The Foster Group, PLLC
518 E. Willetta Street
Phoenix, Arizona  85004
602-461-7990

Defendant's Atty(s):

**D. Samuel Coffman**
Dickinson Wright PLLC
1850 N. Central Ave. Suite 1400
Phoenix, Arizona  85004
602-285-5000

**Amanda E. Newman**
Dickinson Wright PLLC
1850 N. Central Ave. Suite 1400
Phoenix, Arizona  85004
602-285-5000

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2020-005070**

<u>II. Basis of Jurisdiction</u>:        **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

<u>IV. Origin</u> :        **2. Removed From State Court**

<u>V. Nature of Suit</u>:        **442 Employment**

<u>VI.Cause of Action:</u>   **The Complaint purports to seek damages under the Civil Rights Act of 1964, as amended, and alleges claims arising out of Plaintiff's employment with Defendant under 42 U.S.C. § 12111.**

<u>VII. Requested in Complaint</u>

Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:**  <u>/s/ D. Samuel Coffman</u>

**Date:**  <u>5/22/20</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

**1. Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Yvonne L. Roberts | Plaintiff | Troy P. Foster (AZ 017229)<br>Megan N. Weides (AZ 033552)<br>The Foster Group, PLLC<br>518 E. Willetta Street<br>Phoenix, Arizona 85004<br>602-461-7990 |
| ConnectionsAZ LLC | Defendant | D. Samuel Coffman (AZ 011428)<br>Amanda E. Newman (AZ 032462)<br>Dickinson Wright PLLC<br>1850 N. Central Ave. Suite 1400<br>Phoenix, Arizona 85004<br>602-285-5000 |
| | | |

**2. Jury Demand:**
Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
If "Yes," by which party and on what date?
By Plaintiff via the Complaint                              04/24/2020

**3. Answer:**
Was an Answer made in another jurisdiction?   Yes ○   No ●
If "Yes," by which party and on what date?

**4.     Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| ConnectionsAZ LLC | May 5, 2020 | left with employee |
| | | |
| | | |

**5.     Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| | |
| | |
| | |

**6.     Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

**7.     Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff Yvonne L. Roberts | Claims under the Civil Rights Act of 1964, as amended, for racial discrimination and retaliation. |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**