D. Samuel Coffman (#011428)
scoffman@dickinsonwright.com
Amanda E. Newman (#032462)
anewman@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004
Phone: (602) 285-5000
Fax: (844) 670-6009
Firm E-Mail: courtdocs@dickinsonwright.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Yvonne L. Roberts, | Case No.: 2:20-CV-01006-MTL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| ConnectionsAZ LLC, | |
| Defendant. | |

The Parties hereby advise the Court that they have reached an agreement on settlement and are in the process of finalizing the settlement process. The parties request that the Court place the case on the dismissal calendar for 30 days while the parties complete the settlement.

RESPECTFULLY SUBMITTED this 18th day of February, 2021.

DICKINSON WRIGHT PLLC

By: */s/ D. Samuel Coffman*
  D. Samuel Coffman
  Amanda E. Newman
  Dickinson Wright PLLC
  1850 North Central Ave., Ste. 1400
  Phoenix, AZ  85004
  *Attorneys for Defendant*

4820-5931-0813 v1 [69364-8]

- 1 -

|   |   |
|---|---|
| 1 | THE FOSTER GROUP, PLLC |
| 2 | By: */s/   Troy P. Foster (with permission)* |
|   |     Troy P. Foster |
| 3 |     Megan N. Weides |
| 4 |     902 W. McDowell Road |
|   |     Phoenix, AZ 85007 |
| 5 |     *Attorneys for Plaintiff* |

6   ORIGINAL of the foregoing
     filed electronically via Turbocourt
7   this 18th day of February, 2021.

8   COPY of the foregoing was emailed
     this 18th day of February, 2021, to:
9
     Troy P. Foster
10  Megan N. Weides
     THE FOSTER GROUP, PLLC
11  902 W. McDowell Road
     Phoenix, AZ 85007
12  tfoster@thefosterlaw.com
     mweides@thefosterlaw.com
13  Attorneys for Plaintiff

14
     By:   */s/ Janet Hawkins*
15

16

17

18

19

20

21

22

23

24

25

26

- 2 -

4820-5931-0813 v1 [69364-8]