# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yvonne L Roberts, | No. CV-20-01006-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Connections AZ LLC, | |
| Defendant. | |

The Court has received notice that this case has settled (Doc. 10). Accordingly,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **dismiss** this entire case on March 22, 2021, with prejudice, unless prior thereto a party withdraws the Notice of Settlement (Doc. 10).

**IT IS FURTHER ORDERED** that any pending deadlines in this matter are stayed.

Dated this 18th day of February, 2021.

Michael T. Liburdi
United States District Judge